*Joseph F. O'Kicki,* for appellee, and *Robert G. Rose,* and *Spence, Custer, Saylor, Wolfe & Rose,* for borough, appellee, submitted a brief.

No argument was made for the individual appellees.

OPINION PER CURIAM, April 22, 1970:
Judgment affirmed.
Mr. Justice ROBERTS dissents.

## Fouser *v.* Cantola, Appellant.

Argued March 20, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Frederick N. Egler,* with him *Louis Anstandig,* and *Egler, McGregor & Reinstadtler,* for appellant.

*John M. Feeney, Jr.,* with him *Harrington, Feeney & Schweers,* for appellee.

OPINION PER CURIAM, April 22, 1970:
Judgment affirmed.

## Cirillo *v.* King, Appellant.

Argued January 22, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.